IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT D. RED ELK,<br><br>Defendant. | CR-88-92-GF-BMM<br><br>ORDER MODIFYING CONDITIONAL RELEASE ORDER |

IT IS HEREBY ORDERED that the Order of Conditional Release (Doc. 99.) will be modified as follows: Mr. Red Elk will reside at Santee Sioux Tribal Nursing Home located at 909 Jones Drive, Flandreau, South Dakota. Because of Mr. Red Elk's medical condition, it is no longer necessary for Mr. Red Elk to report to the United States Probation Office in the District of South Dakota. Mr. Red Elk shall remain under the supervision of the United States Probation Office for the District of South Dakota and shall comply with all of the standard conditions of supervision and any other conditions adopted by the U.S. Probation Office, as well as the specific conditions set forth in the Order of Conditional Release, otherwise stated above.

DATED this 7th day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court